<pre>
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF CALIFORNIA
</pre>

| | |
|---|---|
| ERIC M. WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>TERESITA AMAY, *et al.*,<br><br>    Defendants. | Case No. 1:17-cv-01332-AWI-EPG (PC)<br><br>**ORDER SETTING BRIEFING SCHEDULE AND DIRECTING THE CLERK TO SERVE A COPY OF THIS ORDER AND PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER ON DEPUTY ATTORNEY GENERAL MONICA ANDERSON**<br><br>(ECF No. 13)<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

Eric M. Williams ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On October 4, 2017, Plaintiff commenced this action, alleging that Dr. Bunn, Teresita Amay, Ph.D., and Navdeep Baath Ph.D. ("Defendants") denied him Wellbutrin despite his having a medical need for the medication. (ECF No. 1).

On February 1, 2018, Plaintiff filed an emergency motion requesting a temporary restraining order. (ECF No. 13). Plaintiff contends that his prescription for Wellbutrin expired on February 15, 2017, and requests that the Court directs California Department of Corrections and Rehabilitation to immediately renew his prescription for Wellbutrin.

Defendants have waived service of summons, but have not yet appeared in this action. (ECF No. 14). However, given the nature of Plaintiff's allegations, the Court will request a response to the emergency motion.

Accordingly, based on the foregoing, the Court orders that, within twenty-one (21) days

1

of the date of service of this order, Defendants shall file their response to the emergency motion for a temporary restraining order. Plaintiff may serve and file a reply, if any, not more than seven (7) days after being served with any opposition. Additionally, IT IS ORDERED that the Clerk of Court is directed to serve a copy of this order and Plaintiff's emergency motion for a temporary restraining order, (ECF No. 13), on Supervising Deputy Attorney General Monica Anderson.

IT IS SO ORDERED.

Dated: **February 27, 2018**

/s/ *Erin P. Gro[j]*
UNITED STATES MAGISTRATE JUDGE